UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY THOMAS SANDERS,

    Petitioner,  Case No. 11-cv-15292

                                                Paul D. Borman
v.                                           United States District Judge

                                                Paul J. Komives
CARMEN PALMER,                         United States Magistrate Judge

    Respondent.
_____/

ORDER ADOPTING THE MAGISTRATE JUDGE'S MARCH 15, 2013
REPORT AND RECOMMENDATION (ECF NO. 8), DENYING THE APPLICATION FOR A
WRIT OF HABEAS CORPUS AND DENYING A CERTIFICATE OF APPEALABILITY

      On March 15, 2013, Magistrate Judge Paul J. Komives issued a Report and Recommendation to deny Petitioner's application for a writ of habeas corpus and to deny a certificate of appealability. (ECF No. 8.)  Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES the application for a writ of habeas corpus and DENIES a certificate of appealability.

IT IS SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  July 31, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 31, 2013.

                                      s/Deborah Tofil
                                      Case Manager