UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY THOMAS SANDERS,

    Petitioner,

v.

CARMEN PALMER,

    Respondent.
_____/

Case No. 11-cv-15292

Paul D. Borman
United States District Judge

Paul J. Komives
United States Magistrate Judge

ORDER ADOPTING THE MAGISTRATE JUDGE'S MARCH 15, 2013
REPORT AND RECOMMENDATION (ECF NO. 8), DENYING THE APPLICATION FOR A
WRIT OF HABEAS CORPUS AND DENYING A CERTIFICATE OF APPEALABILITY

On March 15, 2013, Magistrate Judge Paul J. Komives issued a Report and Recommendation to deny Petitioner's application for a writ of habeas corpus and to deny a certificate of appealability. (ECF No. 8.)  Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES the application for a writ of habeas corpus and DENIES a certificate of appealability.

IT IS SO ORDERED.

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  July 31, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 31, 2013.

                                            s/Deborah Tofil
                                            Case Manager